Form 132 – 13sum

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  18–28330–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Julie Marie Schwartz
    aka Julie Marie Lawrence
    228 Strawbridge Lane
    Mullica Hill, NJ 08062

Social Security No.:
    xxx–xx–4455

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            11/28/18
Time:            09:00 AM
Location:            4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper
Street, Camden, NJ 08101–2067

    An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

    **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: October 1, 2018
JAN: def

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-28330-JNP
Julie Marie Schwartz                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Oct 01, 2018
                             Form ID: 132              Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 03, 2018.
```
db          +Julie Marie Schwartz,    228 Strawbridge Lane,   Mullica Hill, NJ 08062-2200
517754663   +Bank Of America,   146 Headquarters Plaza,   Morristown , NJ 07960-3965
517754667    Encore Capital Group Collection,   8874 Aero Drive,   Suite 200,   San Diego CA 92123
517754668    GM Financial,    PO Box 78143,   Phoenix AZ 85062-8143
517754669   +Harrison Township Sewer Dept,   114 Bridgeton Pike,   Mullica Hill NJ 08062-2670
517754679   +Harrison Township Tax Collextor,   114 Bridgeton Pike,   Mullica Hill NJ 08062-2670
517754670    Hummingbird Funds Dba Blue Tru,   1339W Trepania Road,   c/o Tribal Lending Authority,
              Hayward, WI 54843
517754672   +NJ American Water,    PO Box 371331,   Pittsburgh PA 15250-7331
517754673   +South Jersey Gas,    PO Box 6091,   Bellmawr NJ 08099-6091
517754674   +Specialized Loan Servicing,   8742 Lucent Blvd Suite 300,   Highlands Ranch CO 80129-2386
517754676   +Target Card Services,    PO Box 660170,   Dallas TX 75266-0170

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Oct 02 2018 01:09:48      U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 02 2018 01:09:39      United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
517754661   +E-mail/Text: bankruptcy@pepcoholdings.com Oct 02 2018 01:09:03      Atlantic City Electric,
              PO Box 13610,   Philadelphia PA 19101-3610
517754662   +E-mail/Text: bk@avant.com Oct 02 2018 01:10:27      Avant,   222 N. Lasalle Street,   Suite 1700,
              Chicago IL 60601-1101
517754664    E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 02 2018 01:12:27
              Capital One Services LLC,    PO Box 85619,   Richmond VA 23285-5619
517754665    E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 02 2018 01:09:12      Comenity Bank,
              PO Box 659617,   San Antonio TX 78265-9617
517754666    E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 02 2018 01:09:13      Comenity NY & Company,
              PO Box 659617,   San Antonio TX 78265-9617
517754671    E-mail/PDF: pa_dc_claims@navient.com Oct 02 2018 01:12:38      Navient Solutions LLC,
              PO Box 9533,   Wilkes-Barre PA 18773-9533
517756910   +E-mail/PDF: gecsedi@recoverycorp.com Oct 02 2018 01:12:20      Synchrony Bank,
              c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517754675   +E-mail/PDF: gecsedi@recoverycorp.com Oct 02 2018 01:11:46      Synchrony Bank-Carecredit,
              PO Box 96061,   Orlando FL 32896-0001
                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 1, 2018 at the address(es) listed below:
```
            Cheryl L. Cooper    on behalf of Debtor Julie Marie Schwartz tina@cooperlawnj.com,
             lawofficecherylcooper@gmail.com
            Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 3
```