Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

           Case No.:  18−28330−JNP
           Chapter:  13
           Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Julie Marie Schwartz
   aka Julie Marie Lawrence
   228 Strawbridge Lane
   Mullica Hill, NJ 08062

Social Security No.:
   xxx−xx−4455

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/21/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: February 21, 2019
JAN: kvr

                                              Jeanne Naughton
                                              Clerk

```
                             United States Bankruptcy Court
                                  District of New Jersey
In re:                                                                    Case No. 18-28330-JNP
Julie Marie Schwartz                                                      Chapter 13
        Debtor                     CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                   Page 1 of 2                  Date Rcvd: Feb 21, 2019
                              Form ID: 148                  Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2019.
db             +Julie Marie Schwartz,    228 Strawbridge Lane,    Mullica Hill, NJ 08062-2200
aty            +Ekaterine N Eleftheriou,    Law Office of Brian J. Duffield,   95 North Main Street,
                 Mullica Hill, NJ 08062-9421
cr             +Americredit Financial Services, Inc., d/b/a GM Fin,   4000 Embarcadero Dr.,
                 Arlington, TX 76014-4101
517754663      +Bank Of America,   146 Headquarters Plaza,    Morristown , NJ 07960-3965
517886582       Encore Capital Group Collection,    8874 Aero Drive,   Suite 200,   San Diego, CA 92123
517754667      +Encore Capital Group Collection,    PO Box 939069,   San Diego CA 92193-9069
517754669      +Harrison Township Sewer Dept,   114 Bridgeton Pike,    Mullica Hill NJ 08062-2670
517754679      +Harrison Township Tax Collextor,    114 Bridgeton Pike,   Mullica Hill NJ 08062-2670
517754670       Hummingbird Funds Dba Blue Tru,    1339W Trepania Road,   c/o Tribal Lending Authority,
                 Hayward, WI 54843
517754672      +NJ American Water,   PO Box 371331,    Pittsburgh PA 15250-7331
517754673      +South Jersey Gas,   PO Box 6091,   Bellmawr NJ 08099-6091
517754674      +Specialized Loan Servicing,   8742 Lucent Blvd Suite 300,    Highlands Ranch CO 80129-2386
517886061      +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517806790      +Township of Harrison,   Brian J. Duffield, Esq.,    95 North Main Street,
                 Mullica Hill, NJ 08062-9421

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 22 2019 00:17:13      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 22 2019 00:17:10      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,  Suite 2100,
                 Newark, NJ 07102-5235
517815564       EDI: PHINAMERI.COM Feb 22 2019 04:43:00      Americredit Financial Services, Inc.,
                 Dba GM Financial,    P.O Box 183853,   Arlington, TX 76096
517805962      +E-mail/Text: csc.bankruptcy@amwater.com Feb 22 2019 00:18:09      American Water,   PO Box 578,
                 Alton, IL 62002-0578
517754661      +E-mail/Text: bankruptcy@pepcoholdings.com Feb 22 2019 00:16:42      Atlantic City Electric,
                 PO Box 13610,    Philadelphia PA 19101-3610
517795596       E-mail/Text: bankruptcy@pepcoholdings.com Feb 22 2019 00:16:42
                 Atlantic City Electric Company,    Pepco Holdings, Inc.,
                 Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
                 Carneys Point, NJ 08069-3600
517754662      +E-mail/Text: bk@avant.com Feb 22 2019 00:17:51      Avant,   222 N. Lasalle Street,  Suite 1700,
                 Chicago IL 60601-1101
517799775       EDI: CAPITALONE.COM Feb 22 2019 04:43:00      Capital One Bank (USA), N.A.,   PO Box 71083,
                 Charlotte, NC  28272-1083
517754664       EDI: CAPITALONE.COM Feb 22 2019 04:43:00      Capital One Services LLC,   PO Box 85619,
                 Richmond VA 23285-5619
517754665       EDI: WFNNB.COM Feb 22 2019 04:43:00      Comenity Bank,   PO Box 659617,
                 San Antonio TX 78265-9617
517754666       EDI: WFNNB.COM Feb 22 2019 04:43:00      Comenity NY & Company,   PO Box 659617,
                 San Antonio TX 78265-9617
517754668       EDI: PHINAMERI.COM Feb 22 2019 04:43:00      GM Financial,   PO Box 78143,
                 Phoenix AZ 85062-8143
517879235       EDI: JEFFERSONCAP.COM Feb 22 2019 04:43:00      Jefferson Capital Systems LLC,   Po Box 7999,
                 Saint Cloud Mn 56302-9617
517754671       EDI: NAVIENTFKASMSERV.COM Feb 22 2019 04:43:00      Navient Solutions LLC,   PO Box 9533,
                 Wilkes-Barre PA 18773-9533
517885432       EDI: NAVIENTFKASMSERV.COM Feb 22 2019 04:43:00      Navient Solutions, LLC on behalf of,
                 Department of Education Loan Services,    PO Box 9635,   Wilkes Barre, PA 18773-9635
517756910      +EDI: RMSC.COM Feb 22 2019 04:43:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517754675      +EDI: RMSC.COM Feb 22 2019 04:43:00      Synchrony Bank-Carecredit,   PO Box 96061,
                 Orlando FL 32896-0001
517884108      +E-mail/Text: bncmail@w-legal.com Feb 22 2019 00:17:25      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
517754676      +EDI: WTRRNBANK.COM Feb 22 2019 04:43:00      Target Card Services,   PO Box 660170,
                 Dallas TX 75266-0170
517864382      +EDI: AIS.COM Feb 22 2019 04:43:00      Verizon,   by American InfoSource as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 20

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-1          User: admin                Page 2 of 2              Date Rcvd: Feb 21, 2019
                              Form ID: 148               Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2019 at the address(es) listed below:
              Cheryl L. Cooper    on behalf of Debtor Julie Marie Schwartz tina@cooperlawnj.com,
               lawofficecherylcooper@gmail.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the ceritifcateholders of the CWABS, Inc., Asset-Backed Certificates, Series
               2007-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM
               Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New
               York, as Trustee for the ceritifcateholders of the CWABS, Inc., Asset-Backed Certificates,
               Series 2007-1 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```