Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 18–28330–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Julie Marie Schwartz
  aka Julie Marie Lawrence
  228 Strawbridge Lane
  Mullica Hill, NJ 08062

Social Security No.:
  xxx–xx–4455

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:             8/7/19
Time:             09:00 AM
Location:         4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: July 8, 2019
JAN: kvr

                          Jeanne Naughton
                          Clerk, U. S. Bankruptcy Court

```
                              United States Bankruptcy Court
                                    District of New Jersey
In re:                                                                         Case No. 18-28330-JNP
Julie Marie Schwartz                                                           Chapter 13
       Debtor                         CERTIFICATE OF NOTICE
District/off: 0312-1             User: admin                   Page 1 of 2                  Date Rcvd: Jul 08, 2019
                                 Form ID: 132                  Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 10, 2019.
db             +Julie Marie Schwartz,    228 Strawbridge Lane,    Mullica Hill, NJ 08062-2200
aty            +Ekaterine N Eleftheriou,    Law Office of Brian J. Duffield,    95 North Main Street,
                 Mullica Hill, NJ 08062-9421
cr             +Americredit Financial Services, Inc., d/b/a GM Fin,    4000 Embarcadero Dr.,
                 Arlington, TX 76014-4101
517815564     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                (address filed with court: Americredit Financial Services, Inc.,     Dba GM Financial,
                 P.O Box 183853,    Arlington, TX 76096)
517754663      +Bank Of America,    146 Headquarters Plaza,    Morristown , NJ 07960-3965
517886582       Encore Capital Group Collection,     8874 Aero Drive,   Suite 200,    San Diego, CA 92123
517754667      +Encore Capital Group Collection,     PO Box 939069,   San Diego CA 92193-9069
517754668       GM Financial,    PO Box 78143,   Phoenix AZ 85062-8143
517754669      +Harrison Township Sewer Dept,     114 Bridgeton Pike,   Mullica Hill NJ 08062-2670
517754679      +Harrison Township Tax Collextor,     114 Bridgeton Pike,   Mullica Hill NJ 08062-2670
517754670       Hummingbird Funds Dba Blue Tru,    1339W Trepania Road,    c/o Tribal Lending Authority,
                 Hayward, WI 54843
517754672      +NJ American Water,    PO Box 371331,    Pittsburgh PA 15250-7331
517754673      +South Jersey Gas,    PO Box 6099,    Bellmawr NJ 08099-6091
517754674      +Specialized Loan Servicing,    8742 Lucent Blvd Suite 300,    Highlands Ranch CO 80129-2386
517754676      +Target Card Services,    PO Box 660170,    Dallas TX 75266-0170
517886061      +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517806790      +Township of Harrison,    Brian J. Duffield, Esq.,    95 North Main Street,
                 Mullica Hill, NJ 08062-9421

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 09 2019 01:30:29      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 09 2019 01:30:22      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jul 09 2019 01:29:49
                 Americredit Financial Services, Inc., d/b/a GM Fin,    4000 Embarcadero Dr.,
                 Arlington, TX 76014-4101
517815564       E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jul 09 2019 01:29:49
                 Americredit Financial Services, Inc.,    Dba GM Financial,   P.O Box 183853,
                 Arlington, TX 76096
517805962      +E-mail/Text: csc.bankruptcy@amwater.com Jul 09 2019 01:31:41      American Water,   PO Box 578,
                 Alton, IL 62002-0578
517754661      +E-mail/Text: bankruptcy@pepcoholdings.com Jul 09 2019 01:29:51      Atlantic City Electric,
                 PO Box 13610,    Philadelphia PA 19101-3610
517795596       E-mail/Text: bankruptcy@pepcoholdings.com Jul 09 2019 01:29:51
                 Atlantic City Electric Company,    Pepco Holdings, Inc.,
                 Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
                 Carneys Point, NJ 08069-3600
517754662      +E-mail/Text: bk@avant.com Jul 09 2019 01:31:17      Avant,   222 N. Lasalle Street,   Suite 1700,
                 Chicago IL 60601-1101
517799775       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 09 2019 01:34:45
                 Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC 28272-1083
517754664       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 09 2019 01:34:03
                 Capital One Services LLC,    PO Box 85619,   Richmond VA 23285-5619
517754665       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 09 2019 01:30:02      Comenity Bank,
                 PO Box 659617,    San Antonio TX 78265-9617
517754666       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 09 2019 01:30:02      Comenity NY & Company,
                 PO Box 659617,    San Antonio TX 78265-9617
517754668       E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jul 09 2019 01:29:49      GM Financial,
                 PO Box 78143,    Phoenix AZ 85062-8143
517879235       E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 09 2019 01:30:49      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
517754671       E-mail/PDF: pa_dc_claims@navient.com Jul 09 2019 01:34:52      Navient Solutions LLC,
                 PO Box 9533,    Wilkes-Barre PA 18773-9533
517885432       E-mail/PDF: pa_dc_claims@navient.com Jul 09 2019 01:34:50
                 Navient Solutions, LLC on behalf of,    Department of Education Loan Services,   PO Box 9635,
                 Wilkes Barre, PA 18773-9635
517756910      +E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2019 01:34:18      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517754675      +E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2019 01:34:40      Synchrony Bank-Carecredit,
                 PO Box 96061,    Orlando FL 32896-0001
517884108      +E-mail/Text: bncmail@w-legal.com Jul 09 2019 01:30:45      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
517864382      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 09 2019 01:46:38      Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 20
```

```
District/off: 0312-1          User: admin              Page 2 of 2                Date Rcvd: Jul 08, 2019
                              Form ID: 132             Total Noticed: 34
```

          ***** BYPASSED RECIPIENTS (continued) *****

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 8, 2019 at the address(es) listed below:
              Cheryl L. Cooper    on behalf of Debtor Julie Marie Schwartz tina@cooperlawnj.com,
               lawofficecherylcooper@gmail.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the ceritifcateholders of the CWABS, Inc., Asset-Backed Certificates, Series
               2007-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM
               Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New
               York, as Trustee for the ceritifcateholders of the CWABS, Inc., Asset-Backed Certificates,
               Series 2007-1 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6