```
MORTON & CRAIG LLC
William E. Craig, Esq.
110 Marter Ave.
Suite 301
Moorestown, NJ 08057
Telephone: 856-866-0100
Attorney for: AmeriCredit Financial Services, Inc.
dba GM Financial
```

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Case No. 18-28330(JNP) |
| JULIE MARIE SCHWARTZ | Chapter 13 |
| | **(AMENDED)OBJECTION TO CONFIRMATION** |

AmeriCredit Financial Services, Inc., dba GM Financial ("GM FINANCIAL"), a secured creditor of the debtor, objects to the confirmation of the debtor's plan for the following reasons:

a. **DEBTOR NOT ELIGIBLE FOR DISCHARGE:** GM Financial has a first purchase money security interest encumbering **2014 KIA SOUL.** Since the Debtor is ineligible for a discharge in the instant case by virtue of her having received a discharge in case 19-14755, GM Financial should not be compelled to release title to the vehicle until payment of the underlying debt under non-bankruptcy law. The plan should be amended to pay the current

Page 1

    balance of $3,638.07 plus interest at th the contract rate of 8.35%.

b. **Adequate protection:** The plan violates code sections 361, 1325 and 1326.  It fails to pay adequate protection payments to GM Financial.  Adequate protection payments must be given super priority administrative expense status and paid ahead of attorney fees.  GM Financial requests adequate protection payments of $165.12 per month, being the monthly amount necessary to pay off the loan within the next 24 months of the plan.

c. **Proof of insurance:** The vehicle must be insured with comprehensive and collision insurance coverage and liability coverage in accordance with the requirements contained in the contract.  GM FINANCIAL Dealer Services must be listed as loss payee or additional insured. **The debtor must provide GM FINANCIAL with proof that the vehicle is insured in accordance with §1326(a)(4) and this portion of the objection to confirmation should be considered a demand that the debtor provide proof of insurance**.

d. Part 4d of the plan makes no sense since it pays GM Financial the total of $94.

e. The plan may not be feasible.

f. GM FINANCIAL must retain its lien on the vehicle after confirmation and the plan must provide for this.

/s/ William E. Craig___
William E. Craig, attorney for
GM FINANCIAL

Dated: 7-25-19