Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−28330−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Julie Marie Schwartz
  aka Julie Marie Lawrence
  228 Strawbridge Lane
  Mullica Hill, NJ 08062

Social Security No.:
  xxx−xx−4455

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

  NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/8/19.

  Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

  This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 8, 2019
JAN: kvr

Jeanne Naughton
Clerk

```
                        United States Bankruptcy Court
                            District of New Jersey
In re:                                                          Case No. 18-28330-JNP
Julie Marie Schwartz                                            Chapter 13
         Debtor               CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin              Page 1 of 2         Date Rcvd: Aug 08, 2019
                             Form ID: 148             Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2019.
db             +Julie Marie Schwartz,    228 Strawbridge Lane,    Mullica Hill, NJ 08062-2200
aty            +Ekaterine N Eleftheriou,    Law Office of Brian J. Duffield,    95 North Main Street,
                 Mullica Hill, NJ 08062-9421
517754663      +Bank Of America,   146 Headquarters Plaza,     Morristown , NJ 07960-3965
517886582       Encore Capital Group Collection,    8874 Aero Drive,    Suite 200,   San Diego, CA 92123
517754667      +Encore Capital Group Collection,    PO Box 939069,   San Diego CA 92193-9069
517754669      +Harrison Township Sewer Dept,    114 Bridgeton Pike,    Mullica Hill NJ 08062-2670
517754679      +Harrison Township Tax Collextor,    114 Bridgeton Pike,    Mullica Hill NJ 08062-2670
517754670       Hummingbird Funds Dba Blue Tru,    1339W Trepania Road,    c/o Tribal Lending Authority,
                 Hayward, WI 54843
517754672      +NJ American Water,   PO Box 371331,    Pittsburgh PA 15250-7331
517754673      +South Jersey Gas,   PO Box 6091,    Bellmawr NJ 08099-6091
517754674      +Specialized Loan Servicing,    8742 Lucent Blvd Suite 300,    Highlands Ranch CO 80129-2386
517886061      +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517806790      +Township of Harrison,    Brian J. Duffield, Esq.,    95 North Main Street,
                 Mullica Hill, NJ 08062-9421

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 09 2019 00:02:44      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 09 2019 00:02:40      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: PHINAMERI.COM Aug 09 2019 03:38:00      Americredit Financial Services, Inc., d/b/a GM Fin,
                 4000 Embarcadero Dr.,   Arlington, TX 76014-4101
517815564       EDI: PHINAMERI.COM Aug 09 2019 03:38:00      Americredit Financial Services, Inc.,
                 Dba GM Financial,   P.O Box 183853,    Arlington, TX 76096
517805962      +E-mail/Text: csc.bankruptcy@amwater.com Aug 09 2019 00:03:26      American Water,   PO Box 578,
                 Alton, IL 62002-0578
517754661      +E-mail/Text: bankruptcy@pepcoholdings.com Aug 09 2019 00:02:18      Atlantic City Electric,
                 PO Box 13610,   Philadelphia PA 19101-3610
517795596       E-mail/Text: bankruptcy@pepcoholdings.com Aug 09 2019 00:02:18
                 Atlantic City Electric Company,    Pepco Holdings, Inc.,
                 Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
                 Carneys Point, NJ 08069-3600
517754662      +E-mail/Text: bk@avant.com Aug 09 2019 00:03:13      Avant,   222 N. Lasalle Street,  Suite 1700,
                 Chicago IL 60601-1101
517799775       EDI: CAPITALONE.COM Aug 09 2019 03:38:00      Capital One Bank (USA), N.A.,   PO Box 71083,
                 Charlotte, NC  28272-1083
517754664       EDI: CAPITALONE.COM Aug 09 2019 03:38:00      Capital One Services LLC,   PO Box 85619,
                 Richmond VA 23285-5619
517754665       EDI: WFNNB.COM Aug 09 2019 03:38:00      Comenity Bank,   PO Box 659617,
                 San Antonio TX 78265-9617
517754666       EDI: WFNNB.COM Aug 09 2019 03:38:00      Comenity NY & Company,   PO Box 659617,
                 San Antonio TX 78265-9617
517754668       EDI: PHINAMERI.COM Aug 09 2019 03:38:00      GM Financial,   PO Box 78143,
                 Phoenix AZ 85062-8143
517879235       EDI: JEFFERSONCAP.COM Aug 09 2019 03:38:00      Jefferson Capital Systems LLC,   Po Box 7999,
                 Saint Cloud Mn 56302-9617
517754671       EDI: NAVIENTFKASMSERV.COM Aug 09 2019 03:38:00      Navient Solutions LLC,   PO Box 9533,
                 Wilkes-Barre PA 18773-9533
517885432       EDI: NAVIENTFKASMSERV.COM Aug 09 2019 03:38:00      Navient Solutions, LLC on behalf of,
                 Department of Education Loan Services,    PO Box 9635,   Wilkes Barre, PA 18773-9635
517756910      +EDI: RMSC.COM Aug 09 2019 03:38:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
517754675      +EDI: RMSC.COM Aug 09 2019 03:38:00      Synchrony Bank-Carecredit,   PO Box 96061,
                 Orlando FL 32896-0001
517884108      +E-mail/Text: bncmail@w-legal.com Aug 09 2019 00:02:51      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
517754676      +EDI: WTRRNBANK.COM Aug 09 2019 03:38:00      Target Card Services,   PO Box 660170,
                 Dallas TX 75266-0170
517864382      +EDI: AIS.COM Aug 09 2019 03:38:00      Verizon,   by American InfoSource as agent,
                 4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 21

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-1           User: admin                 Page 2 of 2                  Date Rcvd: Aug 08, 2019
                               Form ID: 148                Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2019 at the address(es) listed below:
            Cheryl L. Cooper    on behalf of Debtor Julie Marie Schwartz tina@cooperlawnj.com,
             lawofficecherylcooper@gmail.com
            Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
             as Trustee for the ceritifcateholders of the CWABS, Inc., Asset-Backed Certificates, Series
             2007-1 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
            Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
            John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM
             Financial ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
            Kevin Gordon McDonald    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New
             York, as Trustee for the ceritifcateholders of the CWABS, Inc., Asset-Backed Certificates,
             Series 2007-1 kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
            William E. Craig    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM
             Financial mortoncraigecf@gmail.com,  mortoncraigecf@gmail.com
                                                                                               TOTAL: 7
```